# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0347
LT Case No. 2023-305113-CFDB

_____

SHAMIKA ELAINE MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

January 27, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____